UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

EMMETT MADISON GRAHAM, JR., )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:10-CV-208-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the memorandum and recommendations entered by the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 26, 2011, and for the reasons set forth more specifically therein, this case is dismissed without prejudice due to lack of subject matter jurisdiction. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 26, 2011, and Copies To:**

Emmett Madison Graham, Jr. (via U.S. Mail), 73 Chritian Way, Whiteville, NC 28472


January 26, 2011            DENNIS P. IAVARONE, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk